ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6559
    Fax: (415) 436-7234
    Garth.Hire@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 23-00082 HSG |
| Plaintiff, | STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING |
| v. | |
| GERMAYNE OSEGUERA VALENCIA, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Garth Hire, and defendant Germayne Oseguera Valencia, by and through his counsel John Paul Reichmuth, agree and stipulate that this matter be set for a change of plea hearing on April 12, 2023:

    1.    The defendant is currently scheduled for an admission to a violation of supervised release before this Court at 2 p.m. on April 12, 2023.  The charges in the instant matter are based on the same criminal conduct as the alleged violation in the pending amended supervised release violation petition (Form 12) and the Court has related the two matters.

    2.    The parties have reached a plea agreement in this matter that will be submitted to the Court.

STIPULATION AND ORDER TO SET CHANGE OF PLEA
CR 23-00082 HSG

3. The parties agree that the matter should be set for a change of plea in this matter pursuant to a plea agreement on April 12, 2023. This will permit the defendant to admit the violation of supervised release and plead guilty at the same hearing.

IT IS SO STIPULATED.

Dated: April 3, 2023                                  ISMAIL J. RAMSEY
                                                       United States Attorney

                                                       /s/ *Garth Hire*
                                                       GARTH HIRE
                                                       Assistant United States Attorney

Dated: April 3, 2023                                  /s/ *John Paul Reichmuth*
                                                       JOHN PAUL REICHMUTH
                                                       Attorney for Defendant
                                                       Germayne Oseguera Valencia

## ORDER

Pursuant to the parties' stipulation set forth above and for good cause, the Court hereby sets this matter for a change of plea at 2 p.m. on April 12, 2023.

IT IS SO ORDERED.

DATED:    4/4/2023                                         *[signature: Haywood S. Gilliam Jr.]*
                                                       THE HONORABLE HAYWOOD S. GILLIAM, JR.
                                                       UNITED STATES DISTRICT JUDGE